**UNITED STATES of America, Plaintiff-Appellee**

v.

**Ramon RESENDEZ-GONZALEZ, also known as Ramon Gonzales Resendez, also known as Ramon Gonzalez Resendez, also known as Ramon Rezendez Gonzalez, Defendant-Appellant**

**No. 16-40818**
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Filed May 4, 2017

REVISED May 8, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Ramon Resendez-Gonzalez, Pro Se

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ramon Resendez-Gonzalez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v.*

---

*Flores*, 632 F.3d 229 (5th Cir. 2011). Resendez-Gonzalez has filed a response. We have reviewed counsel's brief, Resendez-Gonzalez's response, and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

